IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**KUNTA KINTE GOREE,**

**Defendant.**                                         **No. 05-CR-30015-06-DRH**

### ORDER

**HERNDON, District Judge:**

Upon oral motion of the government, the Court hereby **DISMISSES with prejudice** the charges set forth in Count 9 of the indictment (Doc. 12) as they relate to Goree.

**IT IS SO ORDERED.**

Signed this 10th day of February, 2006.

/s/          David RHerndon
**United States District Judge**